UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA ex rel.   )
CHRISTOPHER GALLAGHER, and         )
COMMONWEALTH OF MASSACHUSETTS      )
ex rel. CHRISTOPHER GALLAGHER,     )
                                   )
            Plaintiffs,            )
                                   )
        v.                         )
                                   )   No. 10CV30208-MAP
BOSTON FINANCIAL INVESTMENT        )
MANAGEMENT L.P., et al.,           )
                                   )   **FILED UNDER SEAL**
            Defendants.            )

---

## PROPOSED ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court orders as follows:

IT IS ORDERED:

1. That the Complaint and any amendments thereto be unsealed, and the current Complaint served upon the Defendant by the relator;

2. that all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendant only after service of the Complaint;

3. that the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. that the parties shall serve all pleadings, papers, and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause shown, at any time;

5. that the parties shall serve any and all notices of appeal upon the United States;

6. that all orders of this Court shall be sent to the United States; and that

7. should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This __17__ day of __October__, 2011.

_____
Michael A. Ponsor
Senior United States District Judge